UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LYNDA CARTWRIGHT, et al., | ) | |
| | ) | |
| Plaintiff | ) | 1:07-cv-1395 OWW DLB |
| | ) | |
| v. | ) | |
| | ) | |
| VIKING INDUSTRIES, INC., | ) | ORDER TRANSFERRING CASE |
| | ) | TO SACRAMENTO DIVISION |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

It appearing that proper venue of this matter is within the Sacramento division of this court;

IT IS HEREBY ORDERED that this matter be transferred to the United States District Court for the Eastern District of California at Sacramento.

IT IS SO ORDERED.

**Dated:    October 9, 2007**                    **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE

1